# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KAREN SIEGEL                                                                PLAINTIFF

v.                            3:18-cv-31-DPM

ANGIE HERINGER, Individually, and as
An officer for ARC Angels for Animals;
ARC ANGELS FOR ANIMALS; RUTH
SCROGGIN; MARGARET SHEPHERD,
Individually, and as director of Northeast
Arkansas Humane Society, NORTHESAST
ARKANSAS HUMANE SOCIETY; DR.
KEVIN REED, Individually, and as an officer
for Vetcare, Inc.; VETCARE, INC.;
CRAIGHEAD COUNTY; MARTY BOYD,
Sheriff; RUSTY GRIGSBY, Individually, and
as in his official capacity as a Craighead
County Deputy Sheriff; CATHY NORRIS;
DR. MICHAEL O. NORRIS; WYNNE
FRIENDS OF ANIMALS; and DOES 1-20                          DEFENDANTS

## ORDER

Justin Parkey has appeared as counsel for some of the defendants. He is on my recusal list. I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 April 2018