IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KAREN SIEGEL                                                                                          PLAINTIFF

V.                                    CASE NO. 3:18-cv-00031

ANGIE HERINGER, Individually and as an
Officer for ARC ANGELS FOR ANIMALS;
ARC ANGELS FOR ANIMALS, an Arkansas
Corporation; RUTH SCROGGIN; MARGARET
SHEPHERD, Individually and as Director of
NORTHEAST ARKANSAS HUMANE SOCIETY;
NORTHEAST ARKANSAS HUMANE SOCIETY;
DR. KEVIN REED, Individually and as an
Officer for VETCARE, INC.; VETCARE, INC.;
CRAIGHEAD COUNTY; MARTY BOYD, as the
Craighead County Sheriff; RUSTY GRIGSBY,
Individually and in his official capacity as
Craighead County Sheriff Deputy; CATHY NORRIS;
DR. MICHAEL O. NORRIS; WYNNE FRIENDS OF
ANIMALS, AND JOHN/JANE DOE X-XX                                              DEFENDANTS

## ORDER

Plaintiff, Karen Siegel, filed a complaint against numerous defendants arising out of the seizure of thirty-one dogs from her property in Craighead County, Arkansas on February 26, 2015. Defendants Dr. Kevin Reed and Vetcare, Inc. ("Vetcare") filed a motion for judgment on the pleadings (Document No. 24), which Defendant Ruth Scroggin and, separately, Kathy Norris, Michael O. Norris, and the Wynn Friends of Animals (collectively "the Norris defendants) have moved to adopt. Defendants ARC Angels for Animals and Angie Heringer have also moved for judgment on the pleadings (Document No. 33). Siegel subsequently filed a motion to amend her complaint. (Document No. 54).

Siegel's motion to amend her complaint (Document No. 54) is GRANTED. She should do so promptly upon receipt of this order. For administrative simplicity, rather than moot the pending motions and have the defendants refile them, the Court will rule on the pending motions for judgment on the pleadings as they relate to the amended complaint. Defendants are not required to respond to the amended complaint until 10 days after the Court rules on the pending motions for judgment on the pleadings.

The motions filed by Scroggin and the Norris defendants to adopt Dr. Reed and Vetcare's motion for judgment on the pleadings (Document Nos. 35 and 38) are GRANTED.

Siegel's two motions to strike the replies filed by Reed and Vetcare and by Arc Angels for Animals and Angie Heringer (Document Nos. 43 and 47) are DENIED. The parties are instructed to not file replies in the future without agreement with opposing counsel or leave of the Court. Scroggin's motion to adopt the reply filed by Reed and Vetcare (Document No. 56), while unnecessary, is GRANTED.

The Court will rule on the pending motions for judgment on the pleadings (Document Nos. 24 and 33) by separate order.

IT IS SO ORDERED 17th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE