IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


KAREN SIEGEL                                                                    PLAINTIFF

V.                              CASE NO. 3:18-cv-00031

ANGIE HERINGER, Individually and as an
Officer for ARC ANGELS FOR ANIMALS;
ARC ANGELS FOR ANIMALS, an Arkansas
Corporation; RUTH SCROGGIN; MARGARET
SHEPHERD, Individually and as Director of
NORTHEAST ARKANSAS HUMANE SOCIETY;
NORTHEAST ARKANSAS HUMANE SOCIETY;
DR. KEVIN REED, Individually and as an
Officer for VETCARE, INC.; VETCARE, INC.;
CRAIGHEAD COUNTY; MARTY BOYD, as the
Craighead County Sheriff; RUSTY GRIGSBY,
Individually and in his official capacity as
Craighead County Sheriff Deputy; CATHY NORRIS;
DR. MICHAEL O. NORRIS; WYNNE FRIENDS OF
ANIMALS, AND JOHN/JANE DOE X-XX                                DEFENDANTS


**<u>JUDGMENT</u>**

        Pursuant to the order entered on this date, the complaint against the defendants is hereby

dismissed without prejudice.

        IT IS SO ORDERED 20th day of September, 2018.


                                        _____
                                        UNITED STATES DISTRICT JUDGE